IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DERRIUS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ANTHONY SIMULIS, MANUEL MARTINEZ, | ) |
| EDWARD HURLEY, IGNACIO ALVARADO, | ) |
| BRIAN HUNT, MODESTO CASTELLON, | ) |
| LOUIS TORRES, AARON BURNS, CITY OF | ) |
| CHICAGO and UNIDENTIFIED | ) JURY DEMAND |
| OFFICERS, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

NOW COMES, Plaintiff, DERRIUS THOMAS, by and through his attorney, GIGI GILBERT, and complaining of Defendants, ANTHONY SIMULIS, MANUEL MARTINEZ, EDWARD HURLEY, IGNACIO ALVARADO, BRIAN HUNT, MODESTO CASTELLON, LOUIS TORRES, AARON BURNS, CITY OF CHICAGO and UNIDENTIFIED OFFICERS, alleges as follows:

### NATURE OF THE CASE

1. This suit arises from the violation of civil rights of Plaintiff, DERRIUS THOMAS, for illegal seizure, false arrest and conspiracy in violation of Title 42 U.S.C. § 1983.

### JURISDICTION

2. This action is brought pursuant to 42 U.S.C. § 1983. Jurisdiction is based upon 28 U.S.C. §§ 1331, 1332 and 1367. This court has pendent jurisdiction over the state law claims. Plaintiff demands trial by jury.

1

## VENUE

3. The violation of civil rights alleged herein was committed within the Northern District of Illinois to wit: the City of Chicago, County of Cook, State of Illinois. This action properly lies in the United States District Court, Northern District of Illinois, Eastern Division.

## PARTIES

4. Plaintiff, DERRIUS THOMAS ("THOMAS"), is a resident of the City of Chicago, County of Cook, State of Illinois.

5. Defendants, ANTHONY SIMULIS ("SIMULIS"), MANUEL MARTINEZ ("MARTINEZ"), EDWARD HURLEY ("HURLEY"), IGNACIO ALVARADO ("ALVARADO"), BRIAN HUNT ("HUNT"), MODESTO CASTELLON ("CASTELLON"), LOUIS TORRES ("TORRES"), AARON BURNS ("BURNS") and UNIDENTIFIED OFFICERS, were at all times relevant hereto, employed as police officers by the Chicago Police Department and acting under color of state law. CITY OF CHICAGO is a municipal corporation.

## COUNT I - 42 U.S.C. § 1983 - ILLEGAL SEIZURE

6. On or about April 2, 2018, Plaintiff, THOMAS, an African American male, was driving his car with his four year old daughter in the area of 121 N. Wolcott Ave., Chicago, Illinois.

7. Officers SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and UNIDENTIFIED OFFICERS seized Plaintiff, THOMAS, by stopping his vehicle without probable cause or reasonable articulate suspicion.

8. Plaintiff, THOMAS was not committing any traffic violations nor any other crimes when Defendants, SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and UNIDENTIFIED OFFICERS illegally stopped and/or seized him and his vehicle.

9. Defendants, SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and other UNIDENTIFIED CHICAGO POLICE OFFICERS violated Plaintiff, THOMAS, Fourth Amendment rights under the United States Constitution to be free from illegal seizure in violation of 42 U.S.C. § 1983.

10. Defendants, SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and UNIDENTIED OFFICERS' illegal seizure of THOMAS was done with malice and/or reckless indifference to his federally protected rights.

11. As a direct and proximate result of Defendants SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and UNIDENTIED OFFICERS' actions, THOMAS, suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, DERRIUS THOMAS, prays that this Honorable Court enter a judgment in his favor and against Defendants, ANTHONY SIMULIS, MARCOS MARTINEZ, EDWARD HURLEY, IGNACIO ALVARADO, BRIAN HUNT, MODESTO CASTELLON, LOUIS TORRES, AARON BURNS and UNIDENTIFIED OFFICERS HURLEY for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Reasonable attorneys fees and costs; and

(d) Such other and further relief as this court deems reasonable.

**COUNT II –42 U.S.C. § 1983 – FALSE ARREST**

12. THOMAS alleges the allegations contained in paragraphs 1-11 above as if fully set forth as paragraphs 1-11 herein.

13. Once stopped Defendants, SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and UNIDENTIED OFFICERS' placed THOMAS under arrest without probable cause to believe that he had committed, was committing or was about to commit a crime.

14. THOMAS, was placed under arrest by Defendants, SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and UNIDENTIED OFFICERS' and transported to the CHICAGO police department.

15. Defendants, SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and UNIDENTIED OFFICERS' false arrest and/or illegal detention of THOMAS was done with malice and/or reckless indifference to his federally protected rights.

16. As a direct and proximate result of Defendants SIMULIS, MARTINEZ, HURLEY, ALVARADO, HUNT, CASTELLON, TORRES, BURNS and UNIDENTIED OFFICERS' actions, THOMAS, suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, DERRIUS THOMAS, prays that this Honorable Court

enter a judgment in his favor and against Defendants, ANTHONY SIMULIS, MARCOS MARTINEZ, EDWARD HURLEY, IGNACIO ALVARADO, BRIAN HUNT, MODESTO CASTELLON, LOUIS TORRES, AARON BURNS and UNIDENTIFIED OFFICERS for the following relief:

    (a)    Compensatory damages in an amount to be determined at trial;

    (b)    Punitive damages in the amount to be determined at trial;

    (c)    Reasonable attorneys fees and costs; and

    (d)    Such other and further relief as this court deems reasonable.

### COUNT III - STATE LAW RESPONDEAT SUPERIOR

17. THOMAS alleges the allegations contained in paragraphs 1-16 above as if fully set forth as paragraphs 1-16 herein.

18. In committing the acts alleged in the preceding paragraphs, the Defendants, SIMULIS, MARTINEZ, HURLEY and UNIDENTIFIED OFFICERS were members and agents of the CHICAGO Police Department an agent of the CITY OF CHICAGO and acting at all relevant times within the scope of their employment.

19. Defendant, CITYOF CHICAGO, is liable as principal for all torts committed by its agents.

WHEREFORE, Plaintiff, DERRIUS THOMAS, prays that this Honorable Court enter a judgment in his favor and against Defendant, CITYOF CHICAGO, for the following relief:

    (a)    Compensatory damages in an amount to be determined at trial;

    (b)    Reasonable attorneys fees and costs; and

    (c)    Such other and further relief as this court deems reasonable.

## COUNT V- STATE LAW INDEMNIFICATION

20. THOMAS alleges the allegations contained in paragraphs 1-19 above as if fully set forth as paragraphs 1-19 herein.

21. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

22. Defendants, SIMULIS, MARTINEZ, HURLEY and UNIDENTIFIED OFFICERS were employees of the CHICAGO Police Department an agent of the CHICAGO, acting within the scope of their employment in committing the misconduct described herein.

WHEREFORE, Plaintiff, DERRIUS THOMAS, prays that this Honorable Court enter a judgment in his favor and against Defendant, CHICAGO for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Reasonable attorneys fees and costs; and

(c) Such other and further relief as this court deems reasonable.

Respectively Submitted,

By: //s// Gigi Gilbert_____

Gigi Gilbert
Attorney for Plaintiff
53 W. Jackson, Suite #356
CHICAGO, IL 60604
(312) 554-0000
A.R.D.C.#: 6199394